# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| LOL FINANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-04241-NKL |
| | ) | |
| LARRY D. BOCK; JOHN DOE; and | ) | |
| ABC COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment [Doc. # 13] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.  Based on Plaintiff's Motion, the Affidavit of Timothy W. Wilken, and the pleadings filed in this case,

**IT IS HEREBY ORDERED:**

1.      That Plaintiff's Motion for Default Judgment is granted;

2.      That Plaintiff is entitled to a default judgment against Defendant Larry D. Bock in the amount of $872,371.10, plus additional interest in the amount of $105.45 per day from January 9, 2013, through the date of entry of judgment; and

3.      That the Clerk of Court shall forthwith enter a default judgment pursuant to the terms of this Order.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2013